In the Matter of the Claim of MARGARET B. MORTON. FRIEDA S. MILLER, as Industrial Commissioner, Appellant. SPIRELLA COMPANY, INC., Respondent.

Submitted December 2, 1940; decided December 4, 1940.

Motion to amend remittitur denied, without costs. The respondent expressly withdrew the question which by amendment to the remittitur it now asks the court to decide. This court has not passed upon that question and it may be argued in the court below. (See 284 N. Y. 167.)